# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANDRA ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CREDIT COLLECTION SERVICES, INC., ) | |
| ) | Cause No. Case 4:10-cv-00291-TIA |
| Defendant, ) | |
| ) | Rule 41(a)(1) Dismissal |

### Fed.R.Civ.P. 41(a)(1) Dismissal With Prejudice

Plaintiff Andra Roberts, through counsel, hereby dismisses this case with prejudice and without costs, pursuant to settlement. No responsive pleading has been filed, and plaintiff has responded to this Court's order for rule to show cause.

Respectfully Submitted,

 /s/ Jovanna R. Longo_____
Jovanna R. Longo EDMO# 5230089
Longo Law Firm
3394 McKelvey Rd, Suite 107
Bridgeton, MO 63044
Tel: 314-827-4313
Fax: 314-219-8566
Email: jovanna@longolawfirm.com

Of counsel:
Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was placed in a sealed envelope, clearly addressed, and sent via first-class mail, postage prepaid, and by email on June 10, 2010 to:

Michael S. Kraft
General Counsel
THE CCS COMPANIES
Two Wells Avenue, Newton, MA 02459
617-965-2000, Ext. 2110
Email:  MKraft@ccsusa.com

                                        /s/ Jovanna R. Longo _____
                                        Jovanna R. Longo